# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146069

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LARRY SCOTT DESMYTHER,
          Defendant-Appellant.

SC: 146069
COA: 311888
Saginaw CC: 95-010845-FH

_____/

On order of the Court, the application for leave to appeal the September 7, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
                Clerk

t0325